IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ELBERT DAVIS**                                                                                    **PLAINTIFF**

**v.**                                            **No. 4:19CV60-RP**

**CIRCUIT COURT OF WASHINGTON COUNTY, ET AL.**       **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice as barred by the applicable statute of limitations.

**SO ORDERED**, this, the 1st day of July, 2019.

                                                      /s/   Roy Percy
                                                      UNITED STATES MAGISTRATE JUDGE