# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-60244

---

A True Copy
Certified order issued Feb 23, 2021

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Elbert Davis,

*Plaintiff—Appellant*,

versus

Circuit Court of Washington County, Mississippi; Judge W. Ashley Hines; Michael Williams, Attorney; Washington County Sheriff Department; Dewayne Richardson, District Attorney,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:19-CV-60

---

CLERK'S OFFICE:

Under 5ᵀᴴ Cir. R. 42.3, the appeal is dismissed as of February 23, 2021, for want of prosecution. The appellant failed to timely pay appellate filing fee.

20-60244

By: _____

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Shea E. Pertuit*

Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT